```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NANCY J. WINGATE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3240 |
| | ) | |
| v. | ) | |
| | ) | |
| GAGE COUNTY SCHOOL DISTRICT | ) | ORDER |
| NO. 34, a/k/a FREEMAN PUBLIC | ) | TO SHOW CAUSE |
| SCHOOLS; and JOHN T. BRAZELL, | ) | |
| Individually and in his | ) | |
| Capacity as Superintendent of | ) | |
| Freeman Public Schools, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. On November 6, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before February 5, 2007, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge