IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY J. WINGATE, | ) | CASE NO. 4:06-CV-3240 |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| GAGE COUNTY SCHOOL DISTRICT NO. 34, a/k/a FREEMAN PUBLIC SCHOOLS; and JOHN T. BRAZELL, Individually and in his Capacity as Superintendent of Freeman Public Schools, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion for Amendment of Progression Order (filing No. 24), and for good cause shown, the Motion should be granted in part.

IT IS ORDERED, pursuant to NELR 6.1(a) and NELR 7.1(h), that the parties are granted an additional thirty (30) days to file Motions for Summary Judgment or other dispositive pleadings pursuant to Fed. R. Civ. P. 56.

DATED June 6, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

**Prepared and Submitted by:**

KAREN A. HAASE - 21003
HARDING & SHULTZ, P.C., L.L.O.
800 Lincoln Square
121 South 13th Street
Lincoln, NE 68508
402/434-3000

L:\PIESTER\CAR\Public\Proposed Orders\Wingate-proposed.wpd