IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY J. WINGATE, | ) | 4:06CV3240 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GAGE COUNTY SCHOOL DISTRICT No. 34 a/k/a FREEMAN PUBLIC SCHOOLS; and JOHN T. BRAZELL, Individually and in his Capacity as Superintendent of Freeman Public Schools, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 36) is granted, as follows:

Plaintiff shall have until August 24, 2007, to respond to Defendants' motion for summary judgment (filing 29).

August 13, 2007.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge